UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-CR-186 |
| ) | REEVES/POPLIN |
| SETH TAYLOR WILSON, ) | |
| ) | |

## MEMORANDUM AND ORDER

Defendant Seth Wilson ("Defendant") has moved to continue trial, which is currently scheduled for May 26, 2020, and all pretrial deadlines in this case. [D. 28]. In support of the motion, Defendant cites the current conditions created by the Covid-19 pandemic and the fact that he lives out of state, complicating any travel to the Eastern District of Tennessee.

On April 27, 2020, this Court issued Standing Order 20-12, which extended the deadlines set in Standing Order 20-06 until May 30, 2020.[1] E.D. Tenn. SO-20-12. Further, in Standing Order 20-06, this Court found that:

> With regard to criminal jury trials, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the risks posed to the jurors and the public, the time period of the continuances implemented by this Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

E.D. Tenn. SO-20-06.

These findings apply in equal force to the specific circumstances of this case. Consequently, the motion [D. 28] is **GRANTED**, and trial in this matter is **CONTINUED**. The

---

[1] In relevant part, Standing Order 20-06 stated that "all civil and criminal jury trials scheduled to commence from March 16, 2020 through April 24, 2020, before any district or magistrate judge in any division in the Eastern District of Tennessee are CONTINUED." E.D. Tenn. SO-20-06. Standing Order 20-11 extended the provisions of Standing order 20-06 until May 4, 2020. E.D. Tenn. SO-20-11.

1

Court will be in contact with the parties to reschedule trial in this matter. All motions in limine must be filed no later than fifteen (15) days before trial. Special requests for jury instructions shall be submitted to the court no later than ten (10) days before trial and shall be supported by citations of authority pursuant to Local Rule 7.4. All other pretrial deadlines will be reset according to the new trial date.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**