IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-186-KAC-DCP-1 |
| | ) | |
| SETH T. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REVOKING PRETRIAL RELEASE**

A Second Petition for Action on Conditions of Pretrial Release ("Second Petition") [Doc. 45] was filed in this case against Defendant alleging that he has violated several of his pretrial conditions while on release. Defendant Seth T. Wilson ("Defendant") appeared before the undersigned via video conference on August 24, 2021. Assistant United States Attorney LaToyia Carpenter appeared on behalf of the Government. Attorney Ursula Bailey represented Defendant, who was also present via video.

By way of background, Defendant was initially placed on conditional release following his Initial Appearance before Magistrate Judge Candace Smith, in the Eastern District of Kentucky, at Covington (ED/KY) on October 30, 2019. On November 6, 2019, Defendant appeared before the undersigned for an Arraignment and was permitted to remain on pretrial release, with a new Order Setting Conditions of Release [Doc. 10] and with Defendant's pretrial supervision being conducted by the ED/KY United States Probation Office ("USPO") due to Defendant's residential location. On December 5, 2019, a Petition for Action on Conditions of Pretrial Release was filed alleging a positive drug screen. [Doc. 15]. A hearing on the Petition was held by the undersigned on January 10, 2020, at which time, Defendant's conditions were amended to include conditions of providing truthful information to USPO and disclosing any and all treatment/prescription

information to USPO. [Doc. 20].

The instant Second Petition, filed on July 7, 2021, [Doc. 45] states that on June 24, 2021, Defendant tested positive for fentanyl, that Defendant had not been at his reported residential address on two occasions, that Defendant had failed to respond and report to his supervising probation officer as instructed, and that Defendant had not been attending treatment as directed. [*Id.*].

Defendant's Initial Appearance on the Second Petition was held in the ED/KY on August 10, 2021, at which time he was advised of the contents of the petition, and the Government moved to have his pretrial release revoked [*U.S. v. Seth Taylor Wilson*, Cr. No. 19-MJ-2623-CJS, Doc. 12 (minutes) (E.D. Ky. August 10, 2021)]. Defendant's request for continued release pending further proceedings in the ED/TN was denied, and he was remanded to custody of the U.S. Marshal to be transported to the ED/TN. [*Id.*]. At the August 24, 2021 hearing on the Second Petition, the Government confirmed its request to revoke Defendant's pretrial release. The Court inquired as to whether Defendant wanted to proceed to a revocation hearing or if he wished to waive contesting the violations. Defendant stated that he wished to waive contesting the violations and a formal revocation hearing, submitting himself to continued detention pending resolution of this case.

Upon consideration of the record as a whole, the Court hereby **REVOKES** Defendant's conditions of Pretrial Release. Defendant is **ORDERED** remanded to the custody of the U.S. Marshal pending resolution of his case.

**IT IS SO ORDERED.**

ENTER:

s/ Debra C. Poplin
Debra C. Poplin
United States Magistrate Judge

2

Case 3:19-cr-00186-KAC-DCP   Document 52   Filed 08/24/21   Page 2 of 2   PageID #: 120